Form G5 (20200113_bko)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

In Re:                                              )                    25-16093

Gregory Bell                                        )          Case Number:
                                                    )
                                                    )          Chapter:   13
            Debtor(s)                               )
                                                    )          Honorable Donald R. Cassling
                                                    )
                                                    )

### ORDER GRANTING U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE FOR LB-TREEHOUSE SERIES VI TO DISMISS CASE AND FOR ORDER BARRING DEBTOR FROM REFILING FOR 180 DAYS

This matter is before the Court upon the Motion to Dismiss Case and for Order Barring Debtor from Refiling for 180 Days filed by U.S. Bank Trust National Association, as Trustee for LB-Treehouse Series, and/ or its assigns ("Movant").

   That the Court finds that the Motion is well-taken and hereby GRANTED. Debtor's Chapter 13 Case is hereby dismissed and Debtor is barred from refiling any Bankruptcy proceeding for 180 Days.

   This is a final and appealable order.

                                              Enter:   *Donald R. Cassling*

                                                       Honorable Donald R. Cassling

Dated: December 11, 2025                                United States Bankruptcy Judge

Prepared by:

Jon J. Lieberman (0058394)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: (513) 444-4100