Form ntcdsm

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

Case No.:  25−16093
Chapter:  13
Judge:  Donald R Cassling

In Re:
   Gregory Bell
   3451 W. 147th Street
   Midlothian, IL 60445

Social Security / Individual Taxpayer ID No.:
   xxx−xx−1256

Employer Tax ID / Other nos.:

### NOTICE OF DISMISSAL

You are hereby notified that this case was dismissed on December 11, 2025

FOR THE COURT

Dated: December 11, 2025

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court